**HUBERT HARDEN and LOIS HARDEN v. E. C. REAVES**

18 So. (2nd) 681                                        June Term, 1944
June 30, 1944                                           Division A

*R. E. Hamrick* and *Carlton & Ellis,* for appellants.
*Sumner & Sumner,* for appellee.

PER CURIAM:

The decree and order appealed from is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.